IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID CLAPP                                                                                                    PLAINTIFF

V.                         CASE NO. 3:19-cv-00061-JTK

ANDREW SAUL, Commissioner                                                                     DEFENDANT
Social Security Administration

## AMENDED JUDGMENT

Pursuant to the Memorandum and Order entered in this case on February 19, 2020, as well as, the Court's Order dated April 24, 2020, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, and the case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of §405(g) of the Social Security Act, 42 U.S.C. §405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED this 24th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE